with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. John W. Herren, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ quashed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Joseph F. Holdsworth, Relator v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Determination confirmed, with costs. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred; Woodward, J., dissented on the ground that the relator did not receive that reasonable notice of the hearing or trial which the law contemplates.

Sackett & Wilhelms Lithographing & Printing Company, Appellant, v. Buchan's Soaps Corporation, Defendant. Leonard Bronner, as Trustee in Bankruptcy of Buchan's Soaps Corporation, Respondent.— Order affirmed, with the dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Richard L. Vaughan, Respondent, v. John Smith, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Richard M. Watkins, Respondent, v. The Brooklyn Turkish Bath Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Joseph Winkler, Appellant, v. Adolph Schmidt, Respondent.— Judgment affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

William Young, Respondent, v. Abraham Stolper and Others, Defendants, Impleaded with Michael Mandelstein and Mary Mandelstein, Appellants. (Appeal No. 1.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

William Young, Respondent, v. Abraham Stolper and Others, Defendants, Impleaded with Michael Mandelstein and Mary Mandelstein, Appellants. (Appeal No. 2.) — Judgment of the County Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Martin J. Condon, Respondent, v. New Rochelle Water Company, Appellant. — The question presented on this motion would better be determined on the argument of the appeal. The motion to dismiss is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

E. D. Fox Company, Respondent, v. The John H. Mahnken Company and Another, Appellants.— Motion to dismiss appeal granted, with costs, unless notice of settlement is duly served and case settled within twenty days. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Tommaso Isola, an Infant, by His Guardian ad Litem, Respondent, v. The Dela-